# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

| | |
|---|---|
| In re D.E. FREY GROUP, INC., <br><br> Debtor. <br><br> D.E. FREY GROUP, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FAS HOLDINGS, INC., <br><br> Defendant - Appellee. | BAP No. CO-07-081 <br><br> Bankr. No. 04-11906-ABC <br> Adv. No. 05-01356-ABC <br> Chapter 11 <br><br> ORDER TRANSFERRING APPEAL <br> TO U.S. DISTRICT COURT <br><br> June 28, 2007 |

FAS Holdings, Inc., an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy

Dockets.Justia.com

Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By:

*/s/ Brown*

Nicki Brown
Deputy Clerk

Please acknowledge receipt of the case file listed above.
Dated: 7/2/07
Signed: *Christine Eckhardt*

Bankruptcy Court Deputy Clerk

2