IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1275-AP**

IN RE:

**IN RE: D.E. GREY GROUP, INC.,**

      Debtor.

**FAS HOLDINGS, INC**,

      Appellant/Cross-Appellee,

v.

**D.E. GREY GROUP, INC.,**

      Appellee/Cross-Appellant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion for Amended Briefing Schedule (doc. #23), filed August 22, 2007, is GRANTED. Appellant's Opening Brief is due September 17, 2007; Appellee's Answer/Opening Brief is due October 17, 2007; Appellant's Reply/Answer Brief is due November 13, 2007; Appellee's Reply Brief is due December 7, 2007.

Dated: August 22, 2007