IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01275-AP

IN RE: D.E. FREY GROUP, INC.            )
                                        )
                                        )
FAS HOLDINGS, INC.,                     )
                                        )
    Appellant/Cross-Appellee,           )
                                        )
vs.                                     )
                                        )
D.E. FREY GROUP, INC.,                  )
                                        )
    Appellee/Cross-Appellant.           )

**ORDER**

THIS MATTER comes before the Court on the "Unopposed Motion for Extension of Time to File Appellee's Answer/Opening Brief" ("Motion") filed October 9, 2007 at Doc. No. 29 by Appellee/Cross-Appellant D.E. Frey Group, Inc. ("DEF"), and the Limited Objection to the Motion filed by Appellant/Cross-Appellee, FAS Holdings, Inc. ("FAS"). Having reviewed the Motion and limited objection, and finding that DEF has expressly stipulated to waive any right to claim or collect any post-judgment interest that may accrue during the period October 17, 2007 through Nov. 7, 2007, the Court finds that cause exists to grant the requested extension and modify the remaining briefings schedule. Accordingly, it is hereby

ORDERED that the briefing schedule in this appeal is modified as follows:

DEF's Answer/Opening Brief Due:   Nov. 7, 2007

FAS's Reply/Answer Brief Due:     Dec. 7, 2007

DEF's Reply Brief Due:            Dec. 22, 2007

IT IS FURTHER ORDERED that DEF has waived and shall not have any right to claim or collect any post-judgment interest that may accrue during the period October 17, 2007 through November 7, 2007.

By entry of this Order, the Joint Motion for Entry of Proposed Order (doc. #31), filed October 22, 2007, is likewise GRANTED.

DATED: October 22, 2007

BY THE COURT:

*S/John L. Kane*
United States District Court Judge